**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In re:  CASE NO. 6:04-bk-11049-KSJ

**JAPAN PACIFIC TRADING CORPORATION**  CHAPTER 11

        Debtors.
_____/

## MOTION FOR FINAL DECREE IN BANKRUPTCY CASE

**JAPAN PACIFIC TRADING CORPORATION** ("JPTC" or "Debtor"), pursuant to Rule 3022 of the Federal Rules of Bankruptcy Procedure, hereby moves the Court for entry of a final decree ("Motion") and, in support thereof, states as follows:

1. Debtor filed a petition for reorganization under Chapter 11 of the Bankruptcy Code on October 7, 2004 ("Petition Date"). Debtor continued as a debtors-in-possession during the case.

2. On July 28, 2005, the Court entered an order confirming Amended Joint Chapter 11 Plan of Reorganization ("Plan") (Document No. 183). All terms in this motion or the affidavit attached hereto which are not otherwise defined herein shall have the same meaning as used in the Plan.

3. Debtor has paid all creditors holding allowed administrative and priority claims and is current with respect to all U.S. Trustee fees according to the terms specified in the Plan. All secured claims, priority tax claims, and allowed unsecured claims are receiving payment in accordance with the provisions of the Plan. There are no pending objections to claims, adversary proceedings, or other matters to be resolved.

4. Attached hereto as **Exhibit** "**A**" is the affidavit of Julian Benscher, President of the Debtor, showing that the case has been substantially consummated.

**WHEREFORE**, Japan Pacific Trading Corporation respectfully requests this Court to grant the Motion and enter a final decree concluding this case.

**DATED**, this 30th day of March 2006.

/s/ R. Scott Shuker
R. Scott Shuker, Esq.
Florida Bar No. 984469
Jimmy D. Parrish, Esq.
Florida Bar No. 526401
**GRONEK & LATHAM, LLP**
390 N. Orange Avenue, Suite 600
P.O. Box 3353
Orlando, Florida 32801
Telephone: 407-481-5800
Facsimile: 407-481-5801
Attorneys for Japan Pacific Trading Corporation

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

In re:                                             CASE NO. 6:04-bk-11049-KSJ

**JAPAN PACIFIC TRADING**                          CHAPTER 11
**CORPORATION,**

        Debtor.
_____/

## CERTIFICATE OF SERVICE

     **I HEREBY CERTIFY** that a true copy of the foregoing **MOTION FOR FINAL DECREE IN BANKRUPTCY CASE**, together with all exhibits, has been furnished by either electronic transmission and/or U.S. mail, postage-paid, to: Japan Pacific Trading Corporation, c/o Julian Benscher, President, 305 West Broad Street, Groveland, FL 34736; Andrew Brumby, Esq., Shutts & Bowen, a/f Public Bank, 300 S. Orange Avenue, Suite 1000, Orlando, FL 32801; Frank Wolff, Esq., Wolff Hill McFarlin & Herron, P.A., a/f Sherwood Investments (Overseas) Ltd., 1851 West Colonial Dr., Orlando FL 32804; Roy S. Kobert, Esq., Broad and Cassel, 390 N. Orange Avenue, Suite 1100, Orlando, FL 32801; Michael Moecker, Examiner, P.O. Box 1757, Mt. Dora, FL 32756; all creditors and parties-in-interest as shown on the matrix attached to the original of this Final Decree filed with the Court; and the United States Trustee, 135 West Central Boulevard, Suite 620, Orlando, Florida 32801, this 30th day of March 2006.

                                        /s/ R. Scott Shuker
                                        R. Scott Shuker, Esquire

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

In Re:                                             Case No. 6:04-bk-11049-KSJ

**JAPAN PACIFIC TRADING**                          Chapter 11
**CORPORATION,**

    **Debtor.**
_____/

## AFFIDAVIT OF JULIAN BENSCHER

STATE OF FLORIDA    )
                                ) SS:
COUNTY OF ORANGE  )

     I, Julian Benscher, President of Japan Pacific Trading Corporation, ("Debtor"), certify as follows:

     1.    The Plan has been substantially consummated within the meaning of 11 U.S.C. 1101(2) as follows:

         a.    <u>Commencement of Distribution Under the Plan</u>.

         (1)    <u>Administrative and Priority Claims.</u> Debtor has paid all allowed administrative, priority claims, and tax claims, and all U.S. Trustee fees in accordance with the provisions of the Plan.

         (2)    <u>Allowed Secured Claims</u>. Payments to all holders of allowed secured claims have been commenced to the extent required under the provisions of the Plan.

EXHIBIT "A"

(3) <u>Allowed Unsecured Claims</u>. Payments to all Holders of Allowed Unsecured Claims have been made to the extent required under the provisions of the Plan.

(4) <u>Distributions</u>. All other distributions required to be made under the Plan have been made.

2. Debtor has taken the necessary steps to consummate the Plan. There are no objections to claims, adversary proceedings, or other matters pending before the Court in this case.

**FURTHER AFFIANT SAYETH NOT.**

_____
Julian Benscher

STATE OF FLORIDA )
                            ) SS:
COUNTY OF Orange )

The foregoing instrument was sworn to and subscribed before me this 21st day of March 2006, by Julian Benscher, as President of Japan Pacific Trading Corporation, who is personally known to me, or who produced the following identification: __PERSONALLY KNOWN TO ME__ and who did take an oath.

_____
Signature of Person Taking Acknowledgment
Print Name: LAURENCE A. RADER
Title: Notary Public
Serial No.: DD 0139751
Commission Expires: 08/16/2006

[NOTARY STAMP]



Japan Pacific Trading Corporation
Case No. 6:04-bk-11049-KSJ

C:\Documents and Settings\Primary\Local Settings\Temporary Internet Files\OLKB\fnl decree affdvt (JPTC).doc

| Label Matrix for USBC<br>Middle District of Florida<br>Case 6:04-bk-11049-KSJ<br>Wed Mar 29 13:09:24 EST 2006 | A J Arango<br>1516 E 8th Avenue<br>Tampa, FL 33605 | A P Orchids Co Ltd<br>111/1 Moo 1 Petchkasem<br>88 N Bangkae, Bangkok<br>Thailand    10160 |
|---|---|---|
| A.P. Orchids Co., Ltd.<br>Attn: C. Pankumkittiwong, President<br>111.1 Moo 1 Petchkasem 88<br>Bangkae Nua, Bangkae<br>Bangkok 10160, Thailand, | Beatriz Agramonte<br>Gulf Group Holdings<br>999 Brickell Bay Dr., #1801<br>Miami, Fl 33131 | Adam L Alpert<br>Bush Ross, P.A.<br>PO Box 3913<br>Tampa, FL 33601 |
| American Express Travel Related Svcs Co<br>Inc Corp Card<br>Becket and Lee LLP, Attorneys/Agent<br>P.O. Box 3001<br>Malvern, PA 19355-0701,   19355-0701 | American Express Travel Related Svcs Co<br>Inc Corp Card<br>c/o Becket and Lee, LLP<br>P.O. Box 3001<br>Malvern, PA 19355-0701,   19355-0701 | American Express Travel Related Svcs Co<br>c/o Becket and Lee LLP<br>Attn Gilbert B. Weisman<br>PO Box 3001<br>Malvern, PA 19355-0701,   19355-0701 |
| American Mercantile Corp<br>105 West Broad Street<br>Groveland, FL 34736 | Amy Denton Harris Esq<br>a/f Mantha LLC<br>110 East Madison St  Ste 200<br>Tampa FL  33602 | Andrew M Brumby Esq<br>Shutts & Bowen LLP<br>a/f Public Bank<br>PO Box 4956<br>Orlando FL 32801,   32801 |
| Carrie Beth Baris<br>Bush Ross PA<br>P.O. Box 3913<br>Tampa, FL 33601 | Beatriz Agramone<br>Gulf Group Holdings Acq & Appl Inc<br>999 Brickell Bay Drive  Ste 1801<br>Miami FL 33131 | Andrew M. Brumby<br>Shutts & Bowen LLp<br>Post Office Box 4956<br>Orlando, FL 32802 |
| CA Franchise Tax Board<br>Bankruptcy Unit<br>PO Box 942857<br>Sacramento, CA 94257-0500 | Capital One<br>PO Box 85015<br>Richmond, VA 23285 | Carrie Beth Baris, Esq<br>Bush Ross Gardner et al<br>220 So Franklin Street<br>Tampa, FL 33602 |
| Catherine III LLC<br>c/o Gulf Group Holding A&A Inc<br>Attn Beatriz gramonte<br>PO Box  25183<br>Miami FL 33102-5183,   33102-5183 | Chiu Associates LP<br>c/o Roy Kobert<br>Broad and Cassel<br>PO Box 4961<br>Orlando, FL 32802-4961,   32802-4961 | Chiu Associates, L.P.<br>Broad and Cassel<br>c/o Roy S. Kobert, Esquire<br>P.O. Box 4961<br>Orlando, FL 32802 |
| Chiu Associates, L.P.<br>Attn: Wellington Chiu, Ph.D.<br>815 Conroy-Windermere Rd. No. 188<br>Orlando, FL 32835 | Chiu Associates, LP<br>c/o Roy S. Kobert, P.A.<br>Broad and Cassel<br>P.O. Box 4961<br>Orlando, Florida 32802,   32802 | Costa Nursery Farms<br>22290 SW 162nd Street<br>Goulds, FL 33170 |
| Costa Nursery Farms<br>22290 SW 162nd Street<br>Goulds, FL 33170-3999 | David Landis<br>Matter & Harbert, PA<br>a/f Silver Springs Citrust, Inc.<br>PO Box 2854<br>Orlando, FL 32802,   32802 | Dick Toole<br>114 E Sunset Street<br>Groveland, FL 34736 |
| Briane L Dorris<br>Bonek & Latham LLP<br>0 North Orange Avenue<br>Suite 600<br>Orlando, FL 32801 | Elena L Escamilla<br>135 W Central Blvd., Ste 620<br>Orlando, FL 32806 | Tina Finkler<br>Broad and Cassel<br>c/o Roy S. Kobert<br>P.O. Box  4961<br>Orlando, FL 32802 |

| | | |
|---|---|---|
| First Bankcard<br>PO Box 2814<br>Omaha, NE 68103 | Florida Dept of Revenue<br>5050 W Tennessee St<br>Tallahassee, FL 32399-0140 | Florida Dept of Revenue<br>Attn: Fred Rudzik, Asst GC<br>PO Box 6668<br>Tallahassee, FL 32314 |
| Florida Select Citrus Inc<br>305 West Broad Street<br>Groveland, FL 34736 | Gronek & Latham, LLP<br>PO Box 3353<br>Orlando, FL 32802-3353 | Gulf Group Holdings Acquisitions and App<br>Isabella I LLC<br>999 Brickell Bay Drive Suite 1801<br>Miami, FL 33131 |
| Amy Denton Harris<br>Stichter, Riedel, Blain & Prosser<br>110 E. Madison Street, Suite 200<br>Tampa, FL 33602-4700 | Robert F Higgins<br>Lowndes, Drosdick, Doster, Kantor, Reed<br>215 North Eola Drive<br>Orlando, FL 32801 | Robert F Higgins<br>Lowndes, Drosdick, Doster, Kantor & Reed<br>215 North Eola Drive<br>Orlando, FL 32801 |
| Highland Exchange Svc Coop<br>CR 540, PO Box K<br>Waverly, FL 33877-0286 | Internal Revenue Service<br>Atlanta Service Center<br>Atlanta, GA 39901 | Internal Revenue Svc<br>Spec Proc Function<br>PO Box 35045, Stop 5720<br>Jacksonville, FL 32202 |
| Isabell I LLC<br>Gulf Group Holdings Acq and Appl<br>c/o Beatrize Agramonte<br>999 Brickell Bay Drive Ste 1801<br>Miami FL 33131, 33131 | Isabella I LLC<br>Gulf Group Holdings Acq and Appl<br>Beatriz Agramonte<br>PO Box 25183<br>Miami FL 33102-5183, 33102-5183 | Japan Pacific Trading Corporation<br>305 West Broad Street<br>Groveland, FL 34736 |
| Julian M. Benscher<br>5165 Isleworth CC Drive<br>Windermere, FL 34786 | Roy S Kobert<br>Post Office Box 4961<br>Orlando, FL 32802 | Lake Cty Tax Collector<br>Attn: Bob McKee<br>PO Drawer 327<br>Tavares, FL 32778-0327 |
| David M Landis<br>Mateer & Harbert PA<br>Post Office Box 2854<br>Orlando, FL 32802-2854 | Los Valcanes Chile Ltd<br>c/o Norman Moe<br>86 Taylor sMistake Road<br>Sumner Christchurch 8008<br>New Zealand, 9682-9652 | M H Brokerage<br>PO Box 52-2912<br>Miami, FL 33152 |
| Maguire Executive Group LLC<br>c/o Eduardo F Morrell PA<br>127 Lake Morton Drive<br>Lakeland FL 33801 | Mantha, LLC<br>c/o Richard C. Prosser, Esq.<br>Stichter, Riedel, Blain & Prosser, P.A.<br>110 E. Madison, Suite 200<br>Tampa, FL 33602 | Michael Moecker<br>Chapter 11 Examiner<br>PO Box 1757<br>Mt Dora FL 32756 |
| Michael Moecker<br>PO Box 1757<br>Mt Dora, Fl 32756 | Michael E Moecker<br>POB 1757<br>Mt Dora, FL 32756 | Jimmy D Parrish<br>Gronek & Latham LLP<br>Post Office Box 3353<br>Orlando, FL 32802 |
| Peoples State Bank Groveland<br>Attn Dan Summerlin<br>100 East Broad Street<br>Groveland, FL 34736 | Richard Pilhorn<br>Osburn Henning & Co<br>617 East Colonial Drive<br>Orlando, FL 32803 | Plymouth Park Tax Services LLC<br>c/o Douglas Badaszewski<br>390 North Orange Ave<br>Ste 1100<br>Orlando FL 32801, 32801 |

| | | |
|---|---|---|
| Plymouth Park Tax Services, LLC<br>C/O Plymouth Financial Company<br>35 Airport Road<br>Suite 150<br>Morristown, NJ 07960, 07960 | Plymouth Park Tax Services, LLC C/O Plym<br>35 Airport Road, Suite 150<br>Morristown, NJ 07960 | Richard C Prosser<br>Stichter, Riedel, Blain & Prosser PA<br>110 E. Madison Street, Suite 200<br>Tampa, FL 33602 |
| Public Bank<br>500 East Broad Street<br>Groveland, FL 34736 | Richard C Prosser Esq<br>a/f Mantha LLC<br>110 East Madison St Ste 200<br>Tampa FL 33602 | Steven R Rosenbaum<br>2675 S Bayshores Dr<br>Coconut Grove, FL 33133 |
| Roy S. Kobert, P.A.<br>Broad and Cassel<br>P.O.Box 4961<br>Orlando, Florida 32802 | Sherwood Inv (Overseas) Ltd<br>c/o Frank Wolff<br>1851 W Colonial Drive<br>Orlando, FL 32804 | Sherwood Investments [Overseas] Limited<br>Attn: Julian Benscher<br>5165 Isleworth Country Club Drive<br>Windermere, FL 34786 |
| R Scott Shuker<br>Lronek & Latham LLP<br>Post Office Box 3353<br>Orlando, FL 32802 | Silver Springs Citrus, Inc.<br>Mateer & Harbert, P.A.<br>c/o David M. Landis, Esquire<br>P.O. Box 2854<br>Orlando, FL 32802-2854 | Silver Springs Citrus, Inc.<br>c/o David M. Landis, Esquire<br>Mateer & Harbert, P.A.<br>P.O.Box 2854<br>Orlando, FL 32802-2854, 32802-2854 |
| Taisuco De Costa Rica<br>Zona Franca BES<br>El Coyol de Alajuela<br>Costa Rica | Tina Finkler<br>790 Via Lagano<br>Winter Park, FL 32789 | Tina Finkler<br>c/o Roy Kobert<br>Broad and Cassel<br>PO Box 4961<br>Orlando, FL 32802-4961, 32802-4961 |
| Tina Finkler<br>c/o Roy S. Kobert, P.A.<br>Broad and Cassel<br>P.O.Box 4961<br>Orlando, Florida 32802, 32802 | Yasuhiko Tominaga<br>c/o Carrie Beth Baris<br>220 South Franklin Street<br>Tampa, FL 33602 | United States Trustee<br>135 W. Central Blvd #650<br>Orlando, FL 32801 |
| United States Trustee - ORL<br>135 W. Central Blvd., Suite 620<br>Orlando, FL 32801 | Frank M Wolff<br>Wolff Hill McFarlin & Herron PA<br>1851 West Colonial Drive<br>Orlando, FL 32804 | Xiao Bing Xu, Esquire<br>5705 Hansel Avenue<br>Orlando, FL 32809-4278 |
| Yasuhiko Tominaga<br>c/o Carrie Beth Baris Esq<br>PO Box 3913<br>Tampa FL 33601-3913 | Yasuhiko Tominaga<br>c/o Carrie Beth Barris Esq<br>PO Box 3913<br>Tampa FL 33601 | |